■ PANTSMAKER, INC., Respondent, v TREND TEXTILES, INC., et al., Appellants.—Judgment, Supreme Court, New York County, entered on November 18, 1975, unanimously affirmed for the reasons stated by S. Schwartz, J., at Trial Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.

■ In the Matter of JAMES AMZALAK et al., Trustees, Appellants. LOUISE B. GUILDEN et al., Respondents,—Judgment, Supreme Court, New York County, entered on or about August 23, 1976, unanimously affirmed on the opinion of Baer, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.

■ BERTRAM BLUM, Appellant, v E. J. KORVETTE, INC., Respondent.—Order, Supreme Court, New York County, entered on May 22, 1974, unanimously affirmed for the reasons stated by Greenfield, J., at I.C. Part 5, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.

■ In the Matter of the Arbitration between COSMOPOLITAN MUTUAL INSURANCE COMPANY, and WILLIE E. SNEED et al., Respondents.—Judgments, Supreme Court, New York County, entered on or about June 18, 1976 and October 7, 1976, unanimously affirmed for the reasons stated by Riccobono, J., at Special Term, and that the respondents recover of the appellant $40 costs and disbursements of these appeals. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.